UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH J. BELLARDI;<br>TAMMIE L. BELLARD,<br>　　　　　　Plaintiff,<br>　v.<br>HSBC MORTGAGE<br>CORPORATION, et al.<br>　　　　　　Defendants. | Case No. EDCV 09-00683 VAP(SSx)<br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against HSBC MORTGAGE CORPORATION is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>July 3, 2009</u>

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　United States District Judge